UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JULIE-ANNE DENTICI,
an individual,

    Plaintiff,

vs.                                          CASE NO: 2:19-CV-01963-JEO

GIO'S, INC.

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, by and through undersigned counsel, requests that the Court dismiss with prejudice the above-styled case with each party to bear its own attorneys' fees, costs, and expenses.

Dated this 12th day of March, 2020**.**

                                                              Respectfully submitted,

                                                      s/ Edward I. Zwilling
                                                     Edward I. Zwilling
                                                     Al Bar No. ASB-1565-L54E

**OF COUNSEL:**
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama 35242
Telephone: (205) 822-2701
Email:  edwardzwilling@zwillinglaw.com